IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY HEIM,<br><br>                Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>                Defendant. | 8:13CV369<br><br>**ORDER** |

A pretrial conference is scheduled in this case for March 24, 2015 and the jury trial is scheduled for April 6, 2015. The parties' motions for summary judgment are pending.

Accordingly,

IT IS ORDERED that the pretrial conference and jury trial are continued pending further order of the court. If this case is not fully resolved by summary judgment, within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

March 4, 2015.

                                                                                          BY THE COURT:

                                                                                          *s/ Cheryl R. Zwart*
                                                                                          United States Magistrate Judge