# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-3532
_____

Kelly Heim

Plaintiff - Appellant

v.

BNSF Railway Company

Defendant - Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:13-cv-00369-JMG)

---

## JUDGMENT

Before COLLOTON, MELLOY and SHEPHERD, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

February 27, 2017


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans